■ In the Matter of MARY K. BLACK, Petitioner, v LOUIS LORENZETTI, as Trustee of Village of Seneca Falls, Respondent. [723 NYS2d 919] —Petition unanimously dismissed with costs (*see, Matter of Young v Costantino,* 281 AD2d 988). (Original

Proceeding Pursuant to Public Officers Law § 36.) Present—
Pigott, Jr., P. J., Pine, Wisner, Hurlbutt and Kehoe, JJ.